In UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELI SCHER-ZAGIER,<br><br>   Plaintiff,<br><br> v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>   Defendant. | Civil Action No. 24-3262 (RC) |

**JOINT STATUS REPORT**

1. Pursuant to the Court's Minute Order dated April 28, 2025, Plaintiff Eli Scher-Zagier and Defendant Central Intelligence Agency ("Agency"), by and through the undersigned counsel, submit this joint status report.

**Defendant's Statement**

2. The Agency reports that since the last status report, the CIA completed a production on December 31, 2025. The Agency's subsequent production was delayed due to weather-related office closures in the Washington, D.C. area in late January 2026, as well as a lapse in appropriations that had been funding the Agency. Consistent with the Anti-Deficiency Act, 31 U.S.C. §1341, during the lapse in appropriations, Agency employees were only permitted to work in limited circumstances, including "for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. In accordance with the Court's April 28, 2025 Minute Order, the CIA has resumed its processing of 500 pages of records monthly and anticipates providing its next production to Plaintiff on or about February 13, 2026. CIA further reports that it provided a partial response to Plaintiff's inquiries about the production and search today, February 6, 2026.

4. Counsel for CIA attempted to confer with Plaintiff through counsel by telephone earlier this afternoon but did not receive a response to her request for a teleconference. Counsel for CIA again attempted to confer with Plaintiff's counsel by telephone at approximately 5:00 p.m. today; however, the call was unproductive. Counsel for CIA received Plaintiff's position, set forth below, shortly before this filing. CIA will continue to process Plaintiff's FOIA request and will respond to Plaintiff's inquiries as promptly as possible. Pursuant to the Court's April 28, 2025 Order, the next status report is due on April 6, 2026.

### Plaintiff's Statement

5. Plaintiff has for several months raised with the Agency his concerns about compliance with one aspect of the Court's April 28, 2025, Minute Order. That order required the Agency to produce within 90 days, among other things, the "CIA;s new guidance on reporting sexual assault and harassment" that the Agency advised Congress had been prepared. Plaintiff does not believe this guidance is among the documents produced to date and has been attempting in good faith for several months to resolve this concern with the Agency.  After the issue was first raised, the Agency produced two additional documents, but they, too, contained no guidance on the procedures for reporting sexual assault and harassment. On December 12, 2025, Plaintiff submitted questions to the Agency intended to address the ongoing concern about the missing guidance. We received just today, nearly two months later, the Agency's response to one question and were told only that the others would be answered when the information is available.

6. Plaintiff proposes that a further joint status report be required in two weeks, on or before February 20, 2026, and that Defendant be required in the interim either to (a) produce the guidance as ordered on April 28, 2025, or (b) if it contends the guidance has been disclosed, identify specifically the produced document containing that the guidance.

| | |
|---|---|
| Dated:  February 6, 2026 | Respectfully submitted, |
| /s/ David A. Schulz<br>David A. Schulz (#459197)<br>Media Freedom & Information<br>Access Clinic<br>Yale Law School<br>127 Wall Street<br>New Haven, CT 06511<br>(202) 850-6103<br>schulzd@ballardspahr.com<br><br>*Counsel for Plaintiff* | JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By: */s/Kimberly A. Stratton*<br>    KIMBERLY A. STRATTON<br>    P.A. Bar #327725<br>    Assistant United States Attorney<br>    601 D Street, NW<br>    Washington, DC 20530<br>Ph: (202) 417-4216<br>    Email: kimberly.stratton@usdoj.gov<br><br>*Attorneys for the United States of America* |